Rob Bonta, State Bar No. 202668
Attorney General of California
Marisa Y. Kirschenbauer, State Bar No. 226729
Supervising Deputy Attorney General
Krista-Denise Matsumura, State Bar No. 351395
Deputy Attorney General
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA  94102-7004
 Telephone:  (415) 229-0111
 Fax:  (415) 703-5843
 E-mail:  Krista.Matsumura@doj.ca.gov
*Attorneys for Defendants*
*Z. Rogers, B. Brownen, D. Naranjo and D. Jones*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **JOSHUA PHILLIP LOWERY,**<br><br>                                    Plaintiff,<br><br>            v.<br><br>**BROWNNEN, et al.,**<br><br>                                    Defendants. | 2:23-cv-01566 JDP<br><br>**[PROPOSED]** ORDER<br><br>Judge:            The Honorable Jeremy D. Peterson<br>Trial Date:<br>Action Filed:   July 31, 2023 |

Good cause appearing, Defendants' request for an extension of time to opt-out of early settlement conference by 45 days is hereby GRANTED.  The deadline to opt-out of the Post-screening Early ADR project is now March 18, 2024.

IT IS SO ORDERED.

Dated:     February 6, 2024                    _____
                                                                    JEREMY D. PETERSON
                                                                    UNITED STATES MAGISTRATE JUDGE