UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA PHILLIP LOWERY,<br><br>    Plaintiff,<br><br>    v.<br><br>BROWNNEN, *et al.*,<br><br>    Defendants. | Case No. 2 :23-cv-01566-JDP (PC)<br><br>**ORDER**<br><br>DENYING PLAINTIFF'S MOTIONS FOR CLARIFICATION AND FOR THE APPOINTMENT OF COUNSEL<br><br>ECF Nos. 26, 28, 31, & 33 |

Plaintiff has filed two motions for clarification seeking the name of her court-appointed attorney for an upcoming settlement conference. ECF Nos. 26 & 28. The court has no record of appointing counsel for plaintiff, and the docket reflects that a settlement conference has been set.

Plaintiff has also moved for the appointment of counsel three times. ECF Nos. 28, 31, & 33. Plaintiff does not have a constitutional right to appointed counsel in this action, *see Rand v. Rowland*, 113 F.3d 1520, 1525 (9th Cir. 1997), and the court lacks the authority to require an attorney to represent plaintiff. *See Mallard v. U.S. Dist. Ct. for the S. Dist. of Iowa*, 490 U.S. 296, 298 (1989). The court can request the voluntary assistance of counsel. *See* 28 U.S.C. § 1915(e)(1) ("The court may request an attorney to represent any person unable to afford counsel"); *Rand*, 113 F.3d at 1525. But without a means to compensate counsel, the court will

seek volunteer counsel only in exceptional circumstances. In determining whether such circumstances exist, "the district court must evaluate both the likelihood of success on the merits [and] the ability of the [plaintiff] to articulate his claims pro se in light of the complexity of the legal issues involved." *Rand*, 113 F.3d at 1525 (internal quotation marks and citations omitted).

The appointment of counsel is not warranted. The allegations in the complaint are not exceptionally complicated, and plaintiff has not demonstrated that she is likely to succeed on the merits.

Accordingly, it is hereby ORDERED that:

1. Plaintiff's motions for clarification, ECF Nos. 26 & 28, are denied.

2. Plaintiff's motions for the appointment of counsel, ECF Nos. 28, 31, & 33, are denied.

IT IS SO ORDERED.

Dated: __May 8, 2024__                           _____
                                                  JEREMY D. PETERSON
                                                  UNITED STATES MAGISTRATE JUDGE