IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JOSHUA PHILLIP LOWERY,**<br><br>Plaintiff,<br><br>v.<br><br>**BROWNNEN, et al.,**<br><br>Defendants. | Case No. 2:23-cv-1566 JDP<br><br>[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO MODIFY DISCOVERY AND SCHEDULING ORDER |

Defendants moved to modify the Discovery and Scheduling Order to extend the discovery deadline and summary-judgment deadline by 60 days. Good cause appearing, the Court **GRANTS** Defendants' motion. The deadline to complete discovery is extended up to and including **March 11, 2025.** The deadline to file a summary-judgment motions is extended up to and including **July 22, 2025**.

IT IS SO ORDERED.

Dated:   December 30, 2024

_____
JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE