UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA PHILLIP LOWERY,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>BROWNNEN, *et al.*,<br><br>　　　　　Defendants. | Case No.  2:23-cv-1566-TLN-JDP (P)<br><br>ORDER |

　　　The court closed this action on February 20, 2025, because plaintiff failed to comply with court orders and to prosecute. ECF No. 46. Now, plaintiff has filed a motion to appoint counsel, ECF No. 49, and two motions for additional time to serve discovery, ECF Nos. 50 & 51.[1] Plaintiff's motions are necessarily denied because this case is closed, and he is cautioned that any future documents filed by him in this case will be disregarded, and no orders will issue in response.

　　　Accordingly, it is hereby ORDERED that:

　　　1.　Plaintiff's motion to appoint counsel, ECF No. 49, is DENIED.

　　　2.　Plaintiff's motion for additional time to serve discovery, ECF No. 50, is DENIED.

　　　3.　Plaintiff's motion for additional time to serve discovery, ECF No. 51, is DENIED.

---

[1] The district judge referred these motions to the undersigned. ECF No. 52.

IT IS SO ORDERED.

Dated: __April 14, 2025__   _/s/ Jeremy Peterson_
JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

2